PD-0143-15

PD-0143-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/5/2015 1:16:52 PM
Accepted 2/6/2015 3:25:04 PM
ABEL ACOSTA
CLERK

**Cause No. PD-_____-14**

| | | |
|---|---|---|
| **CYNTHIA AMBROSE,** | § | **PETITION FOR DISCRETIONARY** |
| *Appellee-Petitioner* | § | |
| | § | **REVIEW FROM THE** |
| **v.** | § | |
| | § | **FOURTH COURT OF APPEALS** |
| **STATE OF TEXAS** | § | |
| *Appellant-Respondent.* | § | **Cause No. 04-13-00788-CR** |

<u>**PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW**</u>

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:**

COMES NOW, CYNTHIA AMBROSE, Petitioner, and files this motion for an extension of time in which to file her Petition for Discretionary pursuant to Texas Rules of Appellate Procedure 10.5(b) and 68.2(c). In support of this motion, Petitioner shows the court the following:

Petitioner was granted a Motion for New Trial by Judge Harle, Judge of 226th Judicial District Court, Bexar County, Texas. The State filed a direct appeal to the Fourth Court of Appeals in cause number 04-13-00788-CR on November 6, 2013. The Fourth Court reversed the trial court and upheld the conviction on January 7, 2015. Petitioner did not request rehearing in the Fourth Court of Appeals. Petitioner's Petition for Discretionary Review is currently due on February 6, 2015.[1]

---

[1] The Fourth Court of Appeals website indicates that PDR is due on February 23, 2015, however, 30 days from the date that Court issued its opinion is February 6, 2015.

Undersigned counsel has been working on written objections to a Federal Magistrate Judge's recommendations in a 28 USC § 2254 in *Gonzales v. Thaler*, 2:14-CV-00058; on an appeal to the Fourth Court of Appeals in *Rudy Martinez v. State* 04-14-00619-CR; and has preparing for her daily court docket. Counsel is need of additional time to research and draft Petitioner's Petition for Discretionary Review and requests that the time to file is extended to Monday March 9, 2015.

WHEREFORE, Petitioner prays this Court grant this first request and extend the time for filing her petition to Monday March 9, 2015.

Respectfully submitted:
__/s/Dayna L. Jones_____
Dayna L. Jones
Bar No. 24049450
LAW OFFICE OF DAYNA L. JONES
1800 McCullough Avenue
San Antonio, Texas 78212
(210)-255-8525– office
(210)-223-3248—fax
Daynaj33@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion was electronically sent to opposing counsel S. Patrick Ballantyne at sballantyne@bexar.org on February 3, 2015.

__/s/Dayna L. Jones_____
DAYNA L. JONES

2

## Cause No. PD-_____-14

| | | |
|---|---|---|
| **CYNTHIA AMBROSE,** | § | **PETITION FOR DISCRETIONARY** |
| *Appellee-Petitioner* | § | |
| | § | **REVIEW FROM THE** |
| **v.** | § | |
| | § | **FOURTH COURT OF APPEALS** |
| **STATE OF TEXAS** | § | |
| *Appellant-Respondent.* | § | **Cause No. 04-13-00788-CR** |

## <u>ORDER ON PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW</u>

On this the _____ day of _____, 2015, came to be heard Petitioner's First Motion for Extension of Time to Petition for Discretionary Review, and it appears to the court that this motion should be:

**GRANTED**                      **DENIED**

IT IS THEREFORE ORDERED that the time for filing Petitioner's Brief in this cause be extended to _____, 2015.

SIGNED THIS THE _____ DAY OF _____, 2015.

_____
JUDGE PRESIDING